UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>AJU HOTEL SILICON VALLEY LLC,<br><br>    Defendant. | Case No. 19-cv-00411-SVK<br><br>**ORDER ON PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FRCP 56(D)**<br><br>Re: Dkt. No. 37 |

Plaintiff's motion for relief pursuant to Federal Rule of Civil Procedure 56(d) is redundant and as such is DENIED WITHOUT PREJUDICE and the briefing schedule and hearing date are VACATED. Plaintiff's motion merely repeats arguments that are already pending before the Court. Defendant's motion to dismiss pursuant to 12(b)(1) and, in the alternative, 12(b)(6) was argued on August 27, 2019 and has been taken under submission. As discussed at the hearing, the Court will evaluate, among other issues, whether Plaintiff should be allowed to conduct limited discovery and to file a supplemental response to the pending motion. Until the Court issues its order, discovery in this matter is STAYED. *See* Dkt. 39.

**SO ORDERED.**

Dated: August 30, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge